PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                         ) | **Docket Number:  1:05CR00435-06 OWW** |
| ) | |
| **Willard Don Bollinger**   ) | |
| ) | |

On June 16, 2006, the above-named was placed on Probation for a period of 3 years.  He has complied with the rules and regulations of supervision.  In addition, he has met all reporting requirements and financial obligations.   It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:      June 20, 2008
            Fresno, California
            jtp

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **BRUCE A. VASQUEZ
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Willard Don Bollinger**
    **Docket Number:   1:05CR00435-06**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 IT IS SO ORDERED.

**Dated:   July 10, 2008**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE